

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of J.W. and K.W., Children

No. 06-23-00063-CV

Appeal from the 285th District Court of Bexar County, Texas (Tr. Ct. No. 2017-CI-10284).   Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted.   Therefore, we dismiss the appeal.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED MARCH 12, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk